UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-00001-JAW |
| ) | |
| PATRICK KELIHER, ) | |
| *in his official capacity as* ) | |
| COMMISSIONER, MAINE ) | **NOTICE OF APPEAL** |
| DEPARTMENT OF MARINE ) | |
| RESOURCES, ) | |
| ) | |
| Defendant, ) | |
| ) | |

## NOTICE OF APPEAL BY PLAINTIFF FRANK THOMPPSON

Pursuant to Fed. R. App. P. 3 and 28 U.S.C. § 1291, Plaintiff Frank Thompson hereby appeals to the United States Court of Appeals for the First Circuit from this Court's final decision and Order (ECF No. 33) entered on November 21, 2024, dismissing Plaintiff's claims.

Respectfully submitted,

/s/ *Alfred C. Frawley IV*
Alfred C. Frawley IV
MCCLOSKY, MINA, CUNNIFF & FRAWLEY LLC
12 City Center
Portland, Maine 04101
Washington, DC 20037
Tel: (207) 772-6805
Fax: (207) 879-9375
afrawley@lawmmc.com

*Attorney for Plaintiff*

Dated: December 19, 2024

1

## CERTIFICATE OF SERVICE

I, Albert C. Frawley IV, hereby certify that on December 19, 2024, I filed this Notice with the United States District Court for the District of Maine using the CM/ECF system, which will cause it to be served on all counsel of record.

/s/ *Alfred C. Frawley IV*
Alfred C. Frawley IV

McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, Maine 04101
Tel.: (207) 772-6805
Fax: (207) 879-9375
afrawley@lawmmc.com