# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## APPEAL COVER SHEET

| | |
|---|---|
| D.C. #  1:24-cv-00001-JAW | C.C.A. # |
| CASE TITLE: THOMPSON et al v. KELIHER | |
| Name of Counsel for Appellant(s): | ALFRED CECIL FRAWLEY , IV<br>THIMI R. MINA |
| Name of Counsel for Appellee(s): | VALERIE A. WRIGHT<br>JACK DAFOE |
| Name of Judge: | JUDGE JOHN A. WOODCOCK, JR |
| Court Reporter(s) & Dates: | FTR: 11/19/2024 |
| Transcript Ordered? | ☐ Yes   ☒ No |
| Court Appointed Counsel? | ☐ Yes   ☒ No |
| Fee Paid? | ☒ Yes   ☐ No |
| In Forma Pauperis? | ☐ Yes   ☒ No |
| Motions Pending? | ☐ Yes   ☒ No |
| Guidelines Case? | ☐ Yes   ☒ No |
| Related Case on Appeal? | ☐ Yes   ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |