UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

FRANK THOMPSON,et al           )
                               )
v.                             )     CIVIL NO.  1:24-cv-00001-JAW
                               )
PATRICK KELIHER                )

# **CLERK'S CIVIL CERTIFICATE**

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine,

hereby certify that the following are hereby electronically transmitted to the First Circuit

Court of Appeals and constitute the Abbreviated record on appeal:

| Documents Numbered: | 36 | Appeal Cover Sheet |
| | 37 | Clerk's Certificate |
| | 35 | Notice of Appeal |
| | 34 | Judgment |

I hereby certify that the record and docket sheet available through ECF to be the

certified record and docket entries. All non-electronic documents of record have been

forwarded this date with a copy of this Certificate.

Non-Electronic Documents: N/A

Dated *December 19, 2024.*

CHRISTA K. BERRY, Clerk

By:     /s/ Jessica Mahon
        Case Manager